HAYES, appellant, v. HUFFSTATER.

*Estoppel—moneys paid for liquors sold by inn-keeper to intoxicated person.*

The plaintiff was accustomed to have periods of intoxication. During one of these, lasting over a month, he obtained drink and food, and borrowed money from the defendant, an inn-keeper. Plaintiff gave defendant, in payment of his indebtedness, certain checks upon a bank. These checks were given when plaintiff was comparatively sober and knew what he was doing, and was responsible for his acts. In an action to recover the amount paid defendant, *held*, that the plaintiff was bound by his acts, and could not recover.

APPEAL from a judgment in favor of the defendant upon the report of a referee.

*Hammond & Whiting*, for appellant.

*Moore & McCartin*, for respondent.

E. D. SMITH, J.

---

HUNT v. HUNT *et al.*

*Guardian and ward—duty of special guardian as to moneys in his hands.*

Action upon a bond given by a special guardian, who failed to account for moneys received from a sale of his ward's land.

The guardian was directed by the court to sell his ward's *right, title and interest* to certain lands. He did so, assuming the dower of the widow of his ward's father, which the guardian paid. The lands sold were subject to a mortgage. *Held*, that the sale was a sale of the infant's interest in the equity of redemption of the land, and nothing more. The purchasers of such interest had no claim on the infant or the estate of her deceased father for the payment of the mortgage; and the guardian had no right to appropriate the moneys in his hand to such payment.

The court has yet jurisdiction over such guardian, and can allow him, on proper terms, to fulfill his duty as guardian, and make a report of the sale and account for the proceeds.

APPEAL from a judgment in favor of the plaintiff upon a verdict directed by the court at the Livingston circuit. The case and exceptions were ordered heard at the general term in the first instance.

*Scott Lord*, for plaintiff.

*Adams & Strang*, for respondent.